**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:   ROGER E WILLIAMS                                Case No.   04-53170
         1242 SALING DR
         COLUMBUS OH 43229                               Judge:     HOFFMAN

SSN(S)   XXX-XX-8819
         XXX-XX-0000

FILED 2005 MAY -3 AM 9:04
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  April 19, 2005

_Frank M. Pees_
Frank M. Pees
Chapter 13 Trustee

**Name and Address**                                                     **Amount**

                                                                         4,769.50

ROGER E WILLIAMS
1242 SALING DR
COLUMBUS OH 43229

[Image of check: UNITED STATES BANKRUPTCY COURT, Southern District of Ohio, Columbus Division, #00296215 - MB, May 3, 2005, Case # 04-53170, Debtor - WILLIAMS, UNCLAIM, 4,769.50, TOTAL 4,769.50, FROM: FRANK PEES]