| Debtor 1 | Roger | | Williams |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| | (Spouse, if filing) First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Southern District of Ohio

Case number: 04-53170

FILED

2023 DEC 18 PM 2:05

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s) [1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $4,769.50 |
|---|---|
| Claimant's Name: | Roger E Williams |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Roger E Williams<br>1242 Saling Dr,<br>Columbus, OH 43229<br>404-595-8408<br>rogerewilliamsohson88@gmail.com |

### 2. Applicant Information

Applicant [2] represents that Claimant is entitled to receive the unclaimed funds because ( *check the statements that apply*):

☒ Applicant is the Claimant and is the Owner of Record [3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative ( *e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

**5. Applicant Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/14/2023

/s/ _Roger E Williams_ (signature)
Signature of Applicant

Printed Name of Applicant: Roger E Williams

Address: 1242 Saling Dr, Columbus, OH 43229

Telephone: 404-595-8408

Email: rogerewilliamsohson88@gmail.com

**5. Co-Applicant Declaration (if applicable)**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

/s/ _____
Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

**6. Notarization**

STATE OF: Ohio
COUNTY OF: Franklin

This Application for Unclaimed Funds, dated 12/14/2023 was subscribed and sworn to before me this 14th day of December, 2023 by Roger Williams who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public /s/ _____

My commission expires: 7/20/2026

[Notary Seal: State of Ohio, Notary Public, Mark Creamer, My Commission Expires 7/20/2026]

**6. Notarization**

STATE OF: _____
COUNTY OF: _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20__ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public /s/ _____

My commission expires: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In re

Roger E Williams

Debtor(s)

Case No. 04-53170

Judge: John E. Hoffman Jr.

Chapter: 04-53170

## NOTICE OF APPLICATION

Roger E Williams has filed an Application for Payment of Unclaimed Funds with the court. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the application, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the application**, you must file with the court a response explaining your position by mailing your response by first class mail to: *(select office where case is/was pending)*

U.S. Bankruptcy Court, Atrium Two, Suite 800, 221 East Fourth Street, Cincinnati, Ohio 45202

OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) first class mail to:

Name: Office Of The United States Attorney
Southern District Of Ohio
303 Marconi Boulevard, Suite 200
Address: Columbus, Ohio 43215

and, *(list below the names and addresses of others to be served)*

Kingston E. Malley, Jr. (00028:
Attorney for Debtors
89 E. Wilson Bridge Road
Worthington, Ohio 43085
614-431-1763

Frank Pees
US Chapter 13 Trustee
550 Polaris Parkway; Suite 500
Westerville, OH 43082

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief without further hearing or notice.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for Payment of Unclaimed Funds and its supporting documentation were served on the following by first class mail on the 14th day of December, 2023.

**Debtor:** Roger E Williams
1242 Saling Dr,
Columbus, OH 43229
Debtor

*Owner of Record (if applicable):*

**Debtor's Attorney:**
Kingston E Malley JR
Attorney For Debtor
89 E Wilson Bridge Road
Worthington Ohio 43085

*All Previous Owners (if applicable):*

**Case Trustee:**
Edward A. Bailey
Us Chapter 13 Trustee
550 Polaris Parkway Suite 500
Westerville Oh 43082

United States Attorney
303 Marconi Boulevard, Suite 200 [X]
Columbus, Ohio 43215

*Indicate the office that was served:*

[ ] United States Trustee *(Cincinnati cases)*
550 Main Street, Suite 4-812
Cincinnati, Ohio 45202

[ ] United States Trustee *(Columbus and Dayton cases)*
170 North High Street, Suite 200
Columbus, Ohio 43215

/s/ Roger E Williams
Applicant's signature

